UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                                            Plaintiff,<br><br>- v -<br><br>Glenn Warner as Administrator of the Estate Constance S. Hahn, Jennifer Randolph as Attorney in Fact for Glenn Warner as Administrator of the Estate Constance S. Hahn, Cattaraugus Community Action, Autovest, LLC, Cattaraugus County Clerk, The People of The State of New York, John Doe, Mary Roe, XYZ Corporation<br><br>                                                            Defendants. | **STIPULATION AND ORDER**<br>Case No. 18-cv-268 |

WHEREAS, United States of America, as Plaintiff, commenced the above-captioned action to foreclose a mortgage against the above named defendants, (the "Action"); and

WHEREAS, Plaintiff joined Cattaraugus County Clerk as a Defendant to the Action because, as alleged in the Complaint, it "may have a claim to have some interest in or lien upon the mortgaged premises or some part thereof..."; and

WHEREAS, the correct party in interest should not have been the Cattaraugus County Clerk, but Anthony Turano, as Acting Commissioner of Cattaraugus County Department of Social Services, but, due to a scrivener's error, the correct name of the lien holder was not correctly listed and a default was entered by the Clerk pursuant to Rule 55 (a) against the Cattaraugus County Clerk. Said error has been called to the attention of Plaintiff by the attorney for the correct Defendant; and

WHEREAS, the parties to this Stipulation wish to correct said scrivener's error and to substitute the correct party as party Defendant herein and to provide for notice to Anthony Turano, as Acting Commissioner of Cattaraugus County Department of Social Services of any

application for judgment herein, any notice of sale, and any notice of surplus money relative to the protection of said Defendant's lien interest in the property being foreclosed as set out on the Notice of S.S.L. Real Property Lien filed 9-24-15 as instrument number 244439-001, a copy of which is attached hereto and made a part hereof as **Exhibit "A"**.

NOW, IT IS HEREBY STIPULATED AND AGREED, that The United States of America, as Plaintiff, and Anthony Turano, as Acting Commissioner of Cattaraugus County Department of Social Services, as the correctly named Defendant herein, hereby agree that Anthony Turano, as Acting Commissioner of Cattaraugus County Department of Social Services shall be in all pleadings in the instant action substituted for the incorrectly named Defendant, the Cattaraugus County Clerk, as a named Defendant herein and said Defendant hereby consents to and stipulates to the entry of a default in this action against said Defendant pursuant to Rule 55 (b) (2) but also hereby requests that this stipulation also serve as a limited notice of appearance and that Defendant be served with notice of any application for judgment, any notice of sale and / or any deposit of surplus monies in connection with any foreclosure sale in this Action, all of the foregoing being done pursuant to Rule 60 (a) allowing for the correction by the Court of clerical mistakes, oversights and omissions, with each party to bear its own costs and expenses of the Action.

DATED:  May 25, 2018

FORSYTH, HOWE, O'DWYER, KALB & MURPHY, P.C.

By: _____
Robert J. Kalb, Esq.

*Attorneys for Plaintiff United States of America*
One South Clinton Avenue
Suite 1000
Rochester, NY 14604
Tel.: (585) 325-7515
kalb@forsythhowe.com

DATED:   May 24, 2018

_____
Stephen D. Miller, Esq.

*Attorney for Defendant Anthony Turano, as Acting Commissioner of Cattaraugus County Department of Social Services*
One Leo Moss Drive,
Olean, New York 14760
Tel.: (716) 701-3455
SMiller@CATTO.org

SO ORDERED:

s/Lawrence J. Vilardo    6/11/2018
--------------------------------
Hon. Lawrence J. Villardo

**EXHIBIT A**



**James K. Griffith**
## CATTARAUGUS COUNTY CLERK
Cattaraugus County Center 303 Court Street
Little Valley, NY 14755
(716) 938-9111
Fax: (716) 938-2773

**Instrument Number**
*244439-001*

Delivered By:
CAT CO DSS

Receipt No.    244439

Return To:
CATT CO DSS

Date:    09/24/2015

Time:    04:03 PM

Document Type:    REAL PROPERTY LIEN

Parties
To Transaction:    CONSTANCE HAHN

Town/City:

### Deed Information

Taxable Consideration:

State Transfer Tax:

RETT No.:

### Mortgage Information

Taxable Mortgage Amount:

Basic Mortgage Tax:

Special Mortgage Tax:

Additional Mortgage Tax:

State of New York
Cattaraugus County Clerk

Mortgage Serial No.:

This sheet constitutes the Clerk endorsement required by Section 316-A(5) & Section 319 of the Real Property Law of the State of New York.

*James K. Griffith*
Cattaraugus County Clerk

**Please do not remove this page.**

*244439-001*

A2013

## NOTICE OF S.S.L. 369 REAL PROPERTY LIEN

1. **Cattaraugus County Clerk, County Office Bldg., Little Valley, NY**
   (Name & Address of County Clerk for Social Services District)

2. **CONSTANCE HAHN**
   **22 MYERS AVE.**
   **SALAMANCA, NY  14779**
   (Name & Address of Recipient Property)

2 A
   (Name & Address, if applicable & known, of power of attorney for recipient)

2.
   (Name & Address of attorney for recipient)

4. **Stephen D. Miller, Esq., One Leo Moss Dr., Olean, NY  14760, (716) 373-8062, ext. 3455**
   (Name, Address, & telephone number of attorney for Social Services)

5.
   (Name of other person(s) owning an interest in said real property, if known)

6. **LISA FARR**
   (Name of Social Services Examiner)

SIRS:
   PLEASE TAKE NOTICE, that Daniel Piccioli, as Commissioner of Cattaraugus County Department of Social Services, having furnished Medical Assistance and/or care to the recipient whose name and address appears on Line 2 above, and it appearing that the recipient, who is now residing in a nursing home, hospital, or other institution will not be discharged from said nursing home, institution or hospital and returning home to the following described real property:

Deed Dated: NOV. 14TH 1988
Deed Recorded: NOV. 16TH 1988
Liber & Page: Liber 884, Page 1158
Instrument No. A000026-620
Grantor: MARK MAROWSKI
Grantee: CONSTANCE S. HAHN & EUGENE E. HAHN (DECEASED)

   DOES HEREBY CLAIM A LIEN, pursuant to Section 369(2) of the Social Services Law of the State of New York, for the amount of medical assistance and/or care furnished to said recipient from the date that said recipient became eligible for Medicaid, against all moneys and other proceeds due, or about to become due, from the sale/transfer of (the recipient's interest in) said real property. This lien attaches to any interest that said recipient owned in said real property as of the date of his/her eligibility for Medicaid and continues after the death of said recipient.

884-1158

A7013

PLEASE TAKE FURTHER NOTICE that the Cattaraugus County Department of Social Services hereby demands that the recipient and/or the recipient's attorney notify the attorney for the social services official (see: person named on Line #4) by certified or registered mail, at least ten (10) days prior to the date any such payment is proposed to be made and the amount thereof. An accounting detailing the extent of said claim will be made available to the recipient's attorney upon a written request to the social services attorney whose name and address appears on Line #4 above.

Dated: September 22, 2015

Yours, etc.

Daniel Piccioli, Commissioner
Cattaraugus County Department of Social Services
One Leo Moss Drive, Suite 6010
Olean, NY 14760